IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 AM 6:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>_Tiffany Maxwell_ )<br>_____ )<br>_____ )<br>_____ )<br>_____ )<br>Defendant(s). ) | Criminal No. 05 - 20078 Ml<br><br>(60-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the September 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, October 28, 2005, with trial to take place on the November, 2005, rotation calendar with the time excluded under the Speedy Trial Act through November 18, 2005. Agreed in open court at report date this 26th day of August, 2005.

This document entered on the docket sheet in comp___
with Rule 55 and/or 32(b) FRCrP on __8-30-05__

72

SO ORDERED this 26th day of August, 2005.

                                              /s/ J.P. McCalla
                                              JON PHIPPS McCALLA
                                              UNITED STATES DISTRICT JUDGE

Timothy DiScenza
Assistant United States Attorney

_____

_____

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:05-CR-20078 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT