IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 05-20078-Ml |
| TIFFANY MAXWELL ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

   This cause came to be heard on November 30, 2005, the United States Attorney for this district, Tim DiScenza, appearing for the Government and the defendant, Tiffany Maxwell, appearing in person and with counsel, Michael Scholl, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **WEDNESDAY, MARCH 1, 2006, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

   Defendant is allowed to remain released on present bond.

   **ENTERED** this the __1__ day of __Dec.__, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-1-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:05-CR-20078 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Jon McCalla
US DISTRICT COURT